Case No:  13-28865

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re:  **John Edward Eberhardt**

     **Dorothy Kris Eberhardt**

Case No: **13-28865**

Chapter: 13

Property Address: **2699 DANFORD WAY GENEVA, IL 60134**

Last four digits of any number you use
to identify the debtor's account:  **8241**

Court Claim No. (if known)       **N/A**

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**BANK OF AMERICA, N.A.**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated  **08/16/2018**
and filed as Docket No. **64**

### Pre-Petition Default Payments          Applicable option is checked.

☑ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim.

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states
   that the total amount due to cure pre-petition arrears is:

Total Amount Due:  **$0.00**

Attached as Schedule of Amounts Outstanding on Pre-Petition Claim is an itemized account of the pre-petition
amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments          Applicable option is checked.

☑ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy
   Code.

☐ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the
   total amount due to cure post-petition arrears is:

Total Amount Due:  **$0.00**

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition
amounts that remain unpaid as of the date of the Cure Notice.  The amounts outstanding identified on the Schedule
do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that
may have been incurred in the preparation, filling, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the
date of the Cure Notice.  In addition, the amounts due may include payments reflected on the NDC but which have
not yet been received and/or processed by Creditor.

Case No: 13-28865

# UNITED STATES BANKRUPTCY COURT

The person completing this statement must sign it.  Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor        ☒ I am the Creditor's authorized agent.  (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.


X  /s/Timothy M. Johnson                                           08/23/2018
         Signature                                              Date (MM/DD/YYYY)

First Name: Timothy          Middle Name:  M          Last Name: Johnson

Title:  Attorney for Secured Creditor

Company:  Marinosci Law Group, P.C.

Address:  134 N. LaSalle St., Suite 1900

City: Chicago          State:  IL          Zip: 60602

Phone: 312-940-8580

Case No: 13-28865

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Pre-Petition Claim

| Description | Date Incurred | Amount |
|---|---|---|

Case No: 13-28865

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Post-Petition Claim**

| Description | Date Incurred | Amount |
| --- | --- | --- |

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:    08/23/2018

Chapter   13 Trustee:   Glenn B Stearns

Trustee Address: 801 Warrenville Road, Suite 650, Lisle, IL 60532

Trustee Email:  mcguckin_m@lisle13.com

Debtor's Counsel Name:  Edgar P. Petti

Debtor's Counsel Address: Petti Murphy & Assoc., 22 South 4th St Ste 2, Geneva, IL 60134

Debtor's Counsel Email:   epetti@pettimurphylaw.com

Debtor 1 Name:   John Edward Eberhardt

Debtor 2 Name    Dorothy Kris Eberhardt

Debtor's Mailing Address: 2699 Danford Way, Geneva, IL 60134

Debtor Email:

_/s/ Timothy M. Johnson____